# IN UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| RONALD HOPKINS, JERRY MAGAÑA, SETH MARTINDALE, GREGORY MISHKIN, ANDREW MOLLOY, JAY NAGDIMON, NEELIMA PANCHANG, SAILESH PANCHANG, PATRICK PERGER JR., JANE ROSSETTI, AMBER TERRELL, ANGELA UHERBELAU, GWENDOLYN WRIGHT, ELIZABETH ZAWACKI, and AYAL BRENNER, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>CAPITAL ONE, N.A. and CAPITAL ONE FINANCIAL CORP.,<br><br>Defendants. | Civil Action No. 1:24-cv-00292-RDA-LRV |

## NOTICE OF WAIVER OF ORAL ARGUMENT

Defendants Capital One, N.A. and Capital One Financial Corp. (together, "Capital One"), with the consent of Plaintiffs, notify the Court that they agree to waive oral argument on the Unopposed Motion to Stay Proceedings.

Respectfully submitted, this 5th day of April, 2024.

/s/ David L. Balser
**KING & SPALDING LLP**
David L. Balser (admitted *pro hac vice*)
John C. Toro (admitted *pro hac vice*)
Robert D. Griest (admitted *pro hac vice*)
Mandi Youngblood (admitted *pro hac vice*)
1180 Peachtree Street, N.E.
Atlanta, GA 30309
Tel: (404) 572-4600

Fax: (404) 572-5140
dbalser@kslaw.com
jtoro@kslaw.com
rgriest@kslaw.com
myoungblood@kslaw.com

Jamie Dycus (admitted *pro hac vice)*
1185 Avenue of the Americas
34th Floor
New York, NY 10036
Tel.: (212) 556-2100
jdycus@kslaw.com

I. Cason Hewgley IV (admitted *pro hac vice*)
1100 Louisiana
Suite 4100
Houston, TX 77002
Tel.: (713) 751-3200
chewgley@kslaw.com

/s/ *Bryan A. Fratkin*
Bryan A. Fratkin (VSB No. 38933)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, VA 23219
Tel.: (804) 775-1000
Fax: (804) 775-1061
bfratkin@mcguirewoods.com

John S. Moran (VSB No. 84236)
**MCGUIREWOODS LLP**
888 16th Street NW, Suite 500
Washington, DC 20006
Tel.: (202) 828-2817
Fax: (202) 828-3327
jmoran@mcguirewoods.com

*Counsel for Defendants Capital One, N.A., and Capital One Financial Corp.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 5, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system.

/s/ *Bryan A. Fratkin*
Bryan A. Fratkin (VSB No. 38933)
